IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13CR3008 |
| vs. | |
| DANIEL GALINDO, | MEMORANDUM AND ORDER |
| Defendant. | |

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending trial.

There is a rebuttable presumption that no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community because there is probable cause to believe the defendant committed a drug crime under the Controlled Substances Act (21 U.S.C. § 801 et seq.), for which the defendant could be required to serve ten or more years in prison. The defendant has not rebutted this presumption.

Specifically, the court finds:

Due to inconsistencies in defendant's statements to pretrial services and the statements and testimony of defendant's family members, it is unclear where the defendant has been living for the last four years—which places the defendant's credibility in serious doubt. He acknowledges he has a passport but states he cannot turn it into pretrial services because he lost it. He is not a United States citizen, his parents live in Mexico, and he could flee the country and return to Mexico before trial.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

February 4, 2013.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge