IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL GALINDO,<br><br>    Defendant. | 4:13CR3008<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)  The defendant shall appear at his revocation hearing scheduled for April 23, 2018 at 11:00 a.m. before the Honorable Laurie Smith Camp, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2)  The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

January 19, 2018.

                BY THE COURT:

                s/ Cheryl R. Zwart
                United States Magistrate Judge