IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3008 |
| v. | ) | |
| DANIEL GALINDO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Petition for Offender Under Supervision (filing no. 69) is dismissed without prejudice. The defendant's Violation of Supervised Release Hearing set on July 24, 2018, is canceled.

DATED this 10th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge